171 So. 296

**R. J. BARNETT v. STATE.**

**6 Div. 46.**

Supreme Court of Alabama.

Nov. 27, 1936.

A. A. Carmichael, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., for the State.

F. D. McArthur, of Birmingham, opposed.

KNIGHT, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Barnett v. State, 171 So. 293.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.